UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-475 PAM/JGL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLINTON COLLINS, JR.,<br><br>Defendant,<br><br>RAKE PUBLISHING INC.,<br><br>Garnishee. | NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT |

TO: Clinton Collins, Jr., the judgment debtor, and
Rake Publishing, Inc., Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the annual accounting of the garnishment of defendant, Clinton Collins, Jr.

A Writ of Garnishment was duly issued by the Court and was personally served on the garnishee and on the judgment debtor on or about July 30, 2002. On or about September 12, 2002, the parties entered into an Agreed Final Order in Garnishment. As of the date of service of the Writ of Garnishment and Agreed Final Order in Garnishment, the garnishee had, in its possession and under its control, personal property belonging to and due the judgment debtor in the form of wages.

The garnishee has withheld the judgment debtor's disposable earnings each pay period, pursuant to the Agreed Final Order in

Garnishment. The payments received by the U.S. Attorney's Office are reflected on the attached Payment History.

Dated: November 5, 2004

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/ M. Trippler
BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600