PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 10-NOV-2004 FOR: 1999Z01113/001 PAGE: 1 OF 3

DEBTOR: Collins, Clinton

COURT NUMBER: 00-475 PAM/JGL PRIORITY CODE:

CURRENT LIABILITY BALANCE: $26,151.17

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0006 | PMNT | WA | 03-OCT-2000 | OT/B | Clinton collins | | 01-277 | $25.50 | 18-OCT-2000 | $25,360.49 |
| 0007 | PMNT | WA | 10-NOV-2000 | OT/B | collins/dd 04 | | KEYD 1 315 | $200.00 | 14-NOV-2000 | $25,320.23 |
| 0009 | PMNT | WA | 13-MAR-2001 | CH/Y | Collins | MN /1/208 | 1868 | $200.00 | 13-MAR-2001 | $25,637.27 |
| 0011 | PMNT | WA | 24-APR-2001 | OT/B | Clinton collins | | KEYD-1-114 | $200.00 | 02-MAY-2001 | $25,614.31 |
| 0020 | PMNT | WA | 13-SEP-2002 | OT/G | Rake Publishing | MN /2/233 | 10509 | $400.00 | 17-SEP-2002 | $27,455.80 |
| 0021 | PMNT | WA | 18-OCT-2002 | OT/G | Rake Publishing | MN /3/014 | 10579 | $200.00 | 18-OCT-2002 | $27,418.21 |
| 0022 | PMNT | WA | 15-NOV-2002 | OT/G | Rak Publishing | MN /3/033 | 10654 | $200.00 | 15-NOV-2002 | $27,348.14 |
| 0023 | PMNT | WA | 15-JAN-2003 | OT/G | Rake Publishing | MN /3/072 | 10802 | $200.00 | 15-JAN-2003 | $27,431.20 |
| 0024 | PMNT | WA | 18-FEB-2003 | OT/G | Rake | MN /3/094 | 10864 | $200.00 | 18-FEB-2003 | $27,388.97 |
| 0025 | PMNT | WA | 17-MAR-2003 | OT/G | Rake Publishing | MN /3/115 | 10944 | $200.00 | 17-MAR-2003 | $27,314.26 |
| 0026 | PMNT | WA | 16-APR-2003 | OT/G | Rake Publishing | MN /3/135 | 11039 | $200.00 | 16-APR-2003 | $27,253.38 |
| 0027 | PMNT | WA | 19-MAY-2003 | OT/G | RAKE PUBLISHING | MN /3/157 | 11102 | $200.00 | 19-MAY-2003 | $27,206.07 |
| 0029 | PMNT | WA | 17-JUN-2003 | OT/G | rake publishing inc | MN /3/176 | 11197 | $200.00 | 17-JUN-2003 | $27,140.11 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0030 | PMNT | WA | 16-JUL-2003 | GR/G | rake publishing | MN | /3/193 | 11276 | $200.00 | 16-JUL-2003 | $27,073.74 |
| 0031 | PMNT | WA | 18-AUG-2003 | GR/G | RAKE PUBLISHING | MN | /3/217 | 11359* | $200.00 | 18-AUG-2003 | $27,025.43 |
| 0032 | PMNT | WA | 17-SEP-2003 | GR/G | rake publishin | MN | /3/238 | 11445 | $200.00 | 17-SEP-2003 | $26,963.08 |
| 0033 | PMNT | WA | 16-OCT-2003 | GR/G | Rake Publishing | MN | /04/011 | 11505 | $200.00 | 16-OCT-2003 | $26,895.84 |
| 0034 | PMNT | WA | 17-NOV-2003 | GR/G | Rake Publishing | MN | /04/032 | 11594 | $200.00 | 17-NOV-2003 | $26,841.96 |
| 0036 | PMNT | WA | 16-DEC-2003 | GR/G | Rake Publishing | MN | /04/056 | 11670 | $200.00 | 16-DEC-2003 | $26,774.12 |
| 0037 | PMNT | WA | 16-JAN-2004 | GR/G | Rake Publishing | MN | /04/076 | 11741 | $200.00 | 16-JAN-2004 | $26,715.04 |
| 0038 | PMNT | WA | 17-FEB-2004 | GR/G | RAKE PUBLISHING | MN | /04/097 | 11865 | $200.00 | 17-FEB-2004 | $26,659.79 |
| 0039 | PMNT | WA | 16-MAR-2004 | GR/G | Collins | MN | /04/117 | 11956 | $200.00 | 16-MAR-2004 | $26,586.18 |
| 0040 | PMNT | WA | 16-APR-2004 | GR/G | RAKE PUBLISHING | MN | /04/140 | 12056 | $200.00 | 16-APR-2004 | $26,525.73 |
| 0041 | PMNT | WA | 17-MAY-2004 | GR/G | Rake Publishing | MN | /04/161 | 12149 | $200.00 | 17-MAY-2004 | $26,464.96 |
| 0043 | PMNT | WA | 16-JUN-2004 | GR/G | RAKE PUBLISHING INC | MN | /04/180 | 12246 | $200.00 | 16-JUN-2004 | $26,399.50 |
| 0044 | PMNT | WA | 19-JUL-2004 | GR/G | Rake | MN | /04/205 | 12353 | $200.00 | 19-JUL-2004 | $26,347.01 |
| 0045 | PMNT | WA | 17-AUG-2004 | GR/G | Rake Publishing | MN | /04/226 | 12466 | $300.00 | 17-AUG-2004 | $26,176.38 |
| 0049 | PMNT | WA | 18-OCT-2004 | GR/G | RAKE PUBLISHING | MN | /05/011 | 12692 | $300.00 | 18-OCT-2004 | $26,151.17 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 10-NOV-2004 FOR: 1999Z01113/001 PAGE: 2 OF 3

DEBTOR: Collins, Clinton

COURT NUMBER: 00-475 PAM/JGL PRIORITY CODE:

CURRENT LIABILITY BALANCE: $26,151.17

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|

Total Payments for Debtor: $5,825.50