PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 13-DEC-2005 FOR: 1999Z01113/001

DEBTOR: Collins, Clinton

COURT NUMBER: 00-475 PAM/JGL PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0020 | PMNT | WA | 13-SEP-2002 | OT/G | Rake Publishing | MN /2/233 | 10509 | | $400.00 | 17-SEP-2002 |
| 0021 | PMNT | WA | 18-OCT-2002 | OT/G | Rake Publishing | MN /3/014 | 10579 | | $200.00 | 18-OCT-2002 |
| 0022 | PMNT | WA | 15-NOV-2002 | OT/G | Rak Publishing | MN /3/033 | 10654 | | $200.00 | 15-NOV-2002 |
| 0023 | PMNT | WA | 15-JAN-2003 | OT/G | Rake Publishing | MN /3/072 | 10802 | | $200.00 | 15-JAN-2003 |
| 0024 | PMNT | WA | 18-FEB-2003 | OT/G | Rake | MN /3/094 | 10864 | | $200.00 | 18-FEB-2003 |
| 0025 | PMNT | WA | 17-MAR-2003 | OT/G | Rake Publishing | MN /3/115 | 10944 | | $200.00 | 17-MAR-2003 |
| 0026 | PMNT | WA | 16-APR-2003 | OT/G | Rake Publishing | MN /3/135 | 11039 | | $200.00 | 16-APR-2003 |
| 0027 | PMNT | WA | 19-MAY-2003 | OT/G | RAKE PUBLISHING | MN /3/157 | 11102 | | $200.00 | 19-MAY-2003 |
| 0029 | PMNT | WA | 17-JUN-2003 | OT/G | rake publishing inc | MN /3/176 | 11197 | | $200.00 | 17-JUN-2003 |
| 0030 | PMNT | WA | 16-JUL-2003 | GR/G | rake publishing | MN /3/193 | 11276 | | $200.00 | 16-JUL-2003 |
| 0031 | PMNT | WA | 18-AUG-2003 | GR/G | RAKE PUBLISHING | MN /3/217 | 11359* | | $200.00 | 18-AUG-2003 |
| 0032 | PMNT | WA | 17-SEP-2003 | GR/G | rake publishin | MN /3/238 | 11445 | | $200.00 | 17-SEP-2003 |
| 0033 | PMNT | WA | 16-OCT-2003 | GR/G | Rake Publishing | MN /04/011 | 11505 | | $200.00 | 16-OCT-2003 |
| 0034 | PMNT | WA | 17-NOV-2003 | GR/G | Rake Publishing | MN /04/032 | 11594 | | $200.00 | 17-NOV-2003 |
| 0036 | PMNT | WA | 16-DEC-2003 | GR/G | Rake Publishing | MN /04/056 | 11670 | | $200.00 | 16-DEC-2003 |
| 0037 | PMNT | WA | 16-JAN-2004 | GR/G | Rake Publishing | MN /04/076 | 11741 | | $200.00 | 16-JAN-2004 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0038 | PMNT | WA | 17-FEB-2004 | GR/G | RAKE PUBLISHING | MN | /04/097 | 11865 | $200.00 | 17-FEB-2004 |
| 0039 | PMNT | WA | 16-MAR-2004 | GR/G | Collins | MN | /04/117 | 11956 | $200.00 | 16-MAR-2004 |
| 0040 | PMNT | WA | 16-APR-2004 | GR/G | RAKE PUBLISHING | MN | /04/140 | 12056 | $200.00 | 16-APR-2004 |
| 0041 | PMNT | WA | 17-MAY-2004 | GR/G | Rake Publishing | MN | /04/161 | 12149 | $200.00 | 17-MAY-2004 |
| 0043 | PMNT | WA | 16-JUN-2004 | GR/G | RAKE PUBLISHING INC | MN | /04/180 | 12246 | $200.00 | 16-JUN-2004 |
| 0044 | PMNT | WA | 19-JUL-2004 | GR/G | Rake | MN | /04/205 | 12353 | $200.00 | 19-JUL-2004 |
| 0045 | PMNT | WA | 17-AUG-2004 | GR/G | Rake Publishing | MN | /04/226 | 12466 | $300.00 | 17-AUG-2004 |
| 0049 | PMNT | WA | 18-OCT-2004 | GR/G | RAKE PUBLISHING | MN | /05/011 | 12692 | $300.00 | 18-OCT-2004 |
| 0050 | PMNT | WA | 16-NOV-2004 | GR/G | RAKE PUBLISHING | MN | /05/028 | 12803 | $300.00 | 16-NOV-2004 |
| 0051 | PMNT | WA | 16-DEC-2004 | GR/G | RAKE PUBLISHING | MN | /05/048 | 12899 | $300.00 | 16-DEC-2004 |
| 0052 | PMNT | WA | 18-JAN-2005 | GR/G | Rake Publishing | MN | /05/067 | 13019 | $300.00 | 18-JAN-2005 |
| 0053 | PMNT | WA | 16-FEB-2005 | GR/G | Rake Publishing | MN | /05/087 | 13118 | $300.00 | 16-FEB-2005 |
| 0054 | PMNT | WA | 16-MAR-2005 | GR/G | Rake Publishing | MN | /05/106 | 13224 | $300.00 | 16-MAR-2005 |
| 0055 | PMNT | WA | 18-APR-2005 | GR/G | Rake Publishing | MN | /05/127 | 13332 | $300.00 | 18-APR-2005 |
| 0056 | PMNT | WA | 19-MAY-2005 | GR/G | Rake Publishing, Inc | MN | /05/149 | 13423 | $300.00 | 19-MAY-2005 |
| 0058 | PMNT | WA | 16-JUN-2005 | GR/G | Rake Publishing | MN | /05/168 | 13537 | $300.00 | 16-JUN-2005 |
| 0059 | PMNT | WA | 18-JUL-2005 | GR/G | Rake Publishing | MN | /05/188 | 13666 | $300.00 | 18-JUL-2005 |
| 0060 | PMNT | WA | 16-AUG-2005 | GR/G | Rake | MN | /05/211 | 13755 | $300.00 | 16-AUG-2005 |
| 0061 | PMNT | WA | 16-SEP-2005 | GR/G | RAKE PUBLISHING | MN | /05/232 | 13826 | $350.00 | 16-SEP-2005 |
| 0062 | PMNT | WA | 17-OCT-2005 | CH/Y | Rake Publishing | MN | /06/010 | 13917 | $350.00 | 17-OCT-2005 |