# CERTIFICATE OF SERVICE BY MAIL

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
) Civil No. 00-475 PAM/JGL
CLINTON COLLINS, )
)
Defendant. )
)

I hereby certify that on *12/16/05*, I served, or caused to be served, the following documents:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the persons hereinafter named, at the places and addresses stated below, which are the last known addresses, and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressees:

Clinton Collins
1727 Morgan Avenue North
Minneapolis, MN 55411

Rake Publishing Inc.
800 Washington Avenue North
Minneapolis, MN 55401

*s/C. Ann Dasovich*